**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JASON MCADAMS,<br><br>Plaintiff<br><br>v.<br><br>UNITED FINANCIAL CASUALTY COMPANY,<br><br>Defendant | Case No.: 2:26-cv-02648-APG-NJK<br><br>**Order Denying Motion to Dismiss as Moot**<br><br>[ECF No. 2] |

In light of the first amended complaint (ECF No. 7),

I ORDER that defendant United Financial Casualty Company's motion to dismiss **(ECF No. 2) is DENIED as moot** because it is directed at the original complaint.

DATED this 10th day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE