RYAN L. DENNETT, ESQ.
Nevada Bar No. 5617
rdennett@dennettwinspear.com
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 10089
Jinsley-micheri@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113
***Attorneys for Defendant,***
***United Financial Casualty Company***

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASON MCADAMS, individually,<br>Plaintiff,<br><br>vs.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY, an Ohio Corporation doing business as PROGRESSIVE INSURANCE; UNITED FINANCIAL CASUALTY COMPANY, an Ohio Corporation doing business as PROGRESSIVE INSURANCE; DOES I – X; and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants. | CASE NO: 2:26-CV-2648-APG-NJK<br><br>**STIPULATION AND ORDER TO AMEND CAPTION** |

IT IS HEREBY STIPULATED AND AGREED by and between, JOSHUA L. BENSON, ESQ. of the law firm of BENSON ALLRED, attorneys for Plaintiff JASON MCADAMS and JENNIFER INSLEY MICHERI, ESQ. of the law firm of DENNETT WINSPEAR LLP, attorneys for Defendant UNITED FINANCIAL CASUALTY COMPANY (erroneously identified as Progressive Casualty Insurance Co., and United Financial Casualty Company)(hereinafter “United Financial” Defendants) that the caption of the within matter shall be amended to remove PROGRESSIVE CASUALTY INSURANCE COMPANY, as a named Defendant.

. . .

Parties stipulate to amend the case caption to reflect the foregoing, as reflected in **Ex. A**, attached hereto.

DATED this 29th day of September, 2026.

**BENSON ALLRED**

By /s/Joshua L. Benson
JOSHUA L. BENSON, ESQ.
Nevada Bar No. 10514
333 N. Rancho Dr., Suite 420
Las Vegas, Nevada 89106
***Attorneys for Plaintiff***

DATED this 29th day of September, 2026.

**DENNETT WINSPEAR, LLP**

By /s/ Jennifer Insley Micheri
RYAN L. DENNETT, ESQ.
Nevada Bar No. 5617
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 10089
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
***Attorneys for Defendant,***
***United Financial Casualty Company***

IT IS SO ORDERED.
Dated: October 1, 2026

Nancy J. Koppe
United States Magistrate Judge

DW DENNETT WINSPEAR ATTORNEYS AT LAW