RYAN L. DENNETT, ESQ.
Nevada Bar No. 5617
rdennett@dennettwinspear.com
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 10089
Jinsley-micheri@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113
***Attorneys for Defendant, United Financial Casualty Company***

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASON MCADAMS, individually,<br>Plaintiff,<br><br>vs.<br><br>UNITED FINANCIAL CASUALTY COMPANY, an Ohio business; and DOES I – X; and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants. | CASE NO: 2:26-CV-02648-APG-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE DISCOVERY (FIRST REQUEST)** |

Pursuant to the Court's Local Rule 26-3, PLAINTIFF, JASON MCADAMS, by and through his counsel of record, JOSHUA L. BENSON, ESQ. of the law firm of BENSON ALLRED; and DEFENDANT, UNITED FINANCIAL CASUALTY COMPANY hereinafter "United Financial", by and through its counsel of record JENNIFER INSLEY MICHERI, ESQ. of the law firm of DENNETT WINSPEAR LLP, respectfully move the Honorable Magistrate Judge for an Order continuing Discovery and submit the instant Stipulation in accordance with LR 6-1. The parties have conferred and agree that an extension of discovery is both necessary and warranted. This request contains basis to extend for good cause.

The parties met and conferred on September 11, 2026, pursuant to FRCP 26(f). The parties have exchanged their respective FRCP Productions. A proposed stipulated discovery plan and scheduling order was presented to the Court, and the Court issued its Order Approving Discovery Plan on September 4, 2026 [Doc 14].

The parties are currently working together to schedule defense medical examination of Plaintiff pursuant to Fed.R.Civ.Pro. 35. However, Plaintiff McAdams is currently scheduled to undergo an unrelated heart procedure for a serious heart condition, with the procedures to take place in Utah, currently set for November 11-13, 2026, with an anticipated protracted recovery time going at least into December 2026, making the scheduling and completion of a Rule 35 exam of Mr. McAdams and resulting expert reporting not possible prior to the current initial expert deadline of December 21, 2026.

As a result of Plaintiff's unforeseen and unrelated medical procedures to his heart and commensurate recovery time necessary for Mr. McAdams, the parties submit additional time for discovery is warranted and supported by good cause given the necessary medical care for Mr. Adams preventing earlier completion of this necessary discovery. The parties respectfully request a short extension of time in which to set necessary medical examinations of Mr. McAdams pertaining to his claims pending against Defendant United Financial, leaving adequate time following Plaintiff's unrelated medical procedures (currently set for November 11-13, 2026, with recovery time anticipated into December 2026) in which to complete initial expert and factual discovery. The parties hereto respectfully request that discovery be extended for a period of an additional sixty (60) days.

The parties have conferred and agree that an additional extension of time in which to complete all remaining discovery is warranted, good cause exists for the extension pursuant to Local Rule 26-4. Pursuant to that Rule, the parties submit the following:

This Stipulation is supported by good cause, and the request to extend the date for close of discovery was submitted prior to twenty-one days before the initial expert deadline.

Since the Court issued its Order Approving Discovery Plan [Doc 14], the parties have worked diligently to complete discovery, but were unable to complete all necessary discovery given inability to timely set necessary medical examinations of Plaintiff with adequate time thereafter to complete initial expert discovery. The parties are now working to complete necessary discovery, but require time in which to do so.

An extension is also warranted and good cause exists as the parties have been diligent in

DENNETT WINSPEAR ATTORNEYS AT LAW

conducting discovery, with defense efforts to obtain relevant medical records, billing, and documents but has not yet received all of the records sought. Continued discovery would enable the parties to gather evidence necessary in which to support any request for dispositive relief in this matter, and so that the parties may adequately prepare their case in anticipation of trial.

The parties are requesting an extension of the close of discovery so Rule 35 examinations, testimony of relevant experts and parties may be obtained prior to completion of initial expert reporting. Additionally, further time is necessary in order for the parties to provide an expert with relevant records for expert review and evaluation, with resulting opinion.

This Stipulation and request for extension of the close of discovery is made more than twenty-one (21) days before the expiration of the deadline for discovery in this case, and initial expert disclosure deadline which is currently December 21, 2026.

**(a) DISCOVERY THAT HAS BEEN COMPLETED:**

Counsel for the respective parties participated in a discovery planning conference pursuant to Fed.R.Civ.P. 26(f). The parties have exchanged their respective FRCP Productions, and Supplemental Productions. A proposed stipulated discovery plan and scheduling order was presented to the Court, and the Court issued its Order Approving Discovery Plan on October 1, 2026 [Doc 14]. In addition, Defendant served written discovery on Plaintiff, and provided Plaintiff with an extension of time in which to respond to written discovery, with responses currently pending. Defendant requested and Plaintiff has provided additional, executed authorizations to obtain additional, relevant medical records. The parties have discussed the anticipated Rule 35 exam, and are currently working towards agreed upon parameters for the exam. The parties are currently working to set the deposition of Plaintiff, as well as remaining and necessary depositions of witnesses.

**(b) DISCOVERY THAT REMAINS TO BE COMPLETED PURSUANT TO LR 26-3(b):**

To reiterate, the parties are currently in the process of conducting additional written and factual discovery, including the anticipated depositions of Plaintiff McAdams, and potentially that of experts and treating physicians. Further, the parties are working to set the Rule 35 exam of Pliantiff, which has become complicated due to unrelated and necessary medical care and



DW DENNETT WINSPEAR ATTORNEYS AT LAW

treatment for Plaintiff, which he will obtain in Utah during later November 2026. Additionally, the parties anticipate conducting additional factual and expert discovery and depositions.

**(c) REASONS DISCOVERY WILL NOT BE COMPLETED WITHIN THE TIME LIMITS SET BY THE DISCOVERY PLAN:**

Further time is necessary in order for the parties to complete party and expert discovery and depositions, which timeline was complicated by Mr. McAdams' necessary and unrelated medical care and treatment pertaining to his serious heart condition, with treatment to be obtained in Utah, including multiple days for necessary procedures, and protracted recovery thereafter potentially through the end of December, 2026. Despite the fact that the parties have worked together to complete this necessary discovery and set Rule 35 examinations (including collaborating on exam parameters), the discovery and depositions have not yet been noticed.

Counsel is working together to complete necessary remaining discovery, but require additional time in which to do so.

**(d) PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY**:

The parties hereby stipulate and request that discovery dates in this matter be continued for an additional (45) days.

| **CURRENT DATE** | **PROPOSED DATE** |
|---|---|
| Close of Discovery: February 17, 2027 | April 19, 2027[1] |
| Amend Pleadings/add parties: November 19, 2026 | January 19, 2027 |
| Expert Disclosures: December 21, 2026 | February 18, 2027 |
| Rebuttal Experts: January 19, 2027 | March 22, 2027[2] |
| Dispositive Motions: March 19, 2027 | May 19, 2027 |
| Pre-Trial Order: April 19, 2027 | June 18, 2027 |

---

[1] Deadline falls on Sunday, April 18, 2027 and is therefore relegated to Monday, April 19 2027.

[2] Deadline falls on Saturday, March 20, 2027 and is therefore relegated to Monday, March 22, 2027.



DW DENNETT WINSPEAR ATTORNEYS AT LAW

DATED this 5th day of November, 2026.

**BENSON ALLRED**

By /s/Joshua L. Benson
JOSHUA L. BENSON, ESQ..
Nevada Bar No. 10514
333 N. Rancho Dr., Suite 420
Las Vegas, Nevada 89106
***Attorneys for Plaintiff***

DATED this 5th day of November, 2026.

**DENNETT WINSPEAR, LLP**

By /s/ Jennifer Insley Micheri
RYAN L. DENNETT, ESQ.
Nevada Bar No. 5617
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 10089
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
***Attorneys for Defendant***
***United Financial Casualty Company***

IT IS SO ORDERED.
Dated: November 5, 2026

Nancy J. Koppe
United States Magistrate Judge



DW DENNETT WINSPEAR ATTORNEYS AT LAW